742 So.2d 863 (1999)
Stephen ERVIN, Appellant,
v.
STATE of Florida, Appellee.
No. 98-3315.
District Court of Appeal of Florida, Fifth District.
October 29, 1999.
*864 James B. Gibson, Public Defender, and Lyle Hitchens, Assistant Public Defender, Daytona Beach, for Appellant.
Robert A. Butterworth, Attorney General, Tallahassee, and Wesley Heidt, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. Thogode v. State, 731 So.2d 114 (Fla. 5th DCA 1999), rev. granted, No. 95,665, 740 So.2d 529 (Fla. Aug. 24, 1999), Maddox v. State, 708 So.2d 617 (Fla. 5th DCA 1998), rev. granted, 728 So.2d 203 (Fla.1999).
ANTOON, C.J., DAUKSCH and PETERSON, JJ., concur.